NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

02-1331


DARYL BINFORD ET UX.

VERSUS

SOUTHWEST MANUFACTURING
HOUSING, INC. ET AL.


\*\*\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
THIRTY-SIXTH JUDICIAL DISTRICT COURT,
PARISH OF BEAUREGARD, NO. C-99-1039 "A",
HONORABLE STUART S. KAY, JR., DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


JAMES T. GENOVESE
JUDGE


\*\*\*\*\*\*\*\*\*\*\*\*


Court composed of Chief Judge Ulysses Gene Thibodeaux, Billy H. Ezell and James T. Genovese, Judges.


**AFFIRMED.**


**Mitchel Mark Evans, II**
**Attorney at Law**
**416 North Pine Street**
**DeRidder, LA 70634**
**COUNSEL FOR PLAINTIFFS/APPELLANTS**
   **Daryl Binford**
   **Katherine Binford**

**John Gregory Bergstedt**
**Bergstedt Law Firm**
**One Lakeshore Drive, #800**
**Lake Charles, Louisiana 70601**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Southwest Manufacturing Housing, Inc.**

**Christina Berthelot Peck**
**Roedel Parsons Koch Frost Balhoff & McCollister**
**8440 Jefferson Hwy, Suite 301**
**Baton Rouge, LA 70809**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Schult Homes Corporation**